UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-cv-4092-UNA/Turnoff

UNITED STATES OF AMERICA,          TRACT NO. 534-16
(East Everglades)

    Plaintiff,

v.

1.25 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE, STATE
OF FLORIDA; and UPPER HAVERFORD
ASSET MANAGEMENT CORPORATION,
et al., and UNKNOWN OWNERS,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report of United States Magistrate Judge William C. Turnoff **[DE 47]** on Plaintiff's Motion to Dismiss Interested Parties **[DE 38]** and Plaintiff's Motion for Entry of Judgment as to Just Compensation **[DE 45]**. The Court has reviewed the entire file and record. No party has filed any objections to the Magistrate Judge's Report and Recommendation.

After conducting a *de novo* review of the entire record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)     Magistrate Judge Turnoff's Report and Recommendation **[DE 47]** dated August 10, 2009 is hereby approved, adopted and ratified by the Court;

(2)     The Motion to Dismiss Interested Parties **[DE 38]** is **GRANTED**. The Defendants, Nancy Richards and the unknown heirs and devisees of Edward Oswald (deceased), are **DISMISSED** as parties to this action;

(3)     The Motion for Entry of Judgment as to Just Compensation **[DE 45]** is **GRANTED**. The Judgment as to Just Compensation and Final Order of Distribution shall be

entered by separate order of the Court;

(4)  The Objections filed by Defendant Ralph DeFronzo **[DE 36]** are **DEEMED MOOT**;

(5)  The Report of Land Commissioners **[DE 35]** is **VACATED** with respect to this case.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ____ day of September 2009.

                                                                     _____
                                                                     FEDERICO A. MORENO
                                                                     CHIEF UNITED STATES DISTRICT JUDGE

cc: Service List